# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: __'08 MJ 1460__

The person charged as __KEITH, Michael J.__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __Utah (Salt Lake City)__ on __04/24/08__ with: __Title 18 USC 3583__ in violation of:

**Alleged Violation of Supervised Release.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __05/08/08__

_____Kevin Bolles_____
CI -Deputy United States Marshal

Reviewed and Approved

DATE: _____

_____
Assistant United States Attorney

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**Michael J. Keith**

## WARRANT FOR ARREST

**CASE NUMBER: 2:02cr00714 DAK**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**MICHAEL J. KEITH**__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged Violation of Supervised Release**

in violation of _____ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

April 24, 2008 at Salt Lake City, Utah
Date and Location

By: Jenica Jones
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

PROB 12C

United States District Court
for the District of Utah

## Petition and Order for Warrant for Offender Under Supervision

FILED
U.S. DISTRICT COURT
2008 APR 24  P 2:55
DISTRICT OF UTAH
DEPUTY CLERK

Name of Offender: **Michael J. Keith**
(A.K.A.: Michael Furgal)

Docket Number: **2:02-CR-00714-001 DAK**

Name of Sentencing Judicial Officer: **Honorable Dale A. Kimball**
United States District Judge

Date of Original Sentence: **March 13, 2003**

Original Offense: **Misuse of a Social Security Number**
Original Sentence: **18 Months Custody/36 Months Supervised Release**

Date of Violation Sentence: **August 20, 2007**
Violation Sentence: **Continued on supervision with additional repayment obligations**

Type of Supervision: **Supervised Release**     Current Supervision Began: **October 3, 2005**

### PETITIONING THE COURT

[ X ]  To issue a warrant and toll the supervision term as of November 21, 2007

Last known address: 4564 Calle De Vida
San Diego, CA 92124-234

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:**  From on or about November 21, 2007, through February 17, 2008, the defendant committed another federal, state, or local crime, to wit: fraud.

Evidence in support of the above allegation is contained in documents received from the United States Probation Office Southern District of California, the San Diego County Sheriff's Department Case Notification Letter Case No. 08028678, and written statement from Michael A. Chavez, Sr. (President and CEO of Best Windows & Doors, El Cajon, California).

I declare under penalty of perjury that the foregoing is true and correct

*Maria EA Sanchez* /EEA
Maria EA Sanchez, U.S. Probation Officer
Date: April 24, 2008

PROB 12C

Michael J. Keith
2:02-CR-00714-001 DAK

## THE COURT ORDERS:

[X] The issuance of a warrant and tolling of the supervision term
[ ] The issuance of a summons
[ ] No action
[ ] Other

*Dale A. Kimball* (signature)

Honorable Dale A. Kimball
United States District Judge

Date: April 27 2005