AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

MAY - 9 2008

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA

v.

Michael J. KEITH
_____
Defendant

## WAIVER OF RULE 32.1 HEARINGS
(Probation/Supervised Release Violation)

CASE NUMBER: 08 mJ 1460

CHARGING DISTRICTS
CASE NUMBER: 2:02cr00714DAK

I understand that charges are pending in the _____ District of UTAH

alleging violation of supervised release, 18 USC §3583 and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4)     a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(  ) identity hearing

(  ) preliminary hearing

( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

May 9, 2008
_____
Date

_____
Defense Counsel