1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Michael J. Keith

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LOUISA S. PORTER)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ1460 |
| | ) | |
| 12     Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14 MICHAEL J. KEITH, | ) | |
| | ) | |
| 15     Defendant. | ) | |
| 16 _____ | ) | |

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov
20

21                              Respectfully submitted,

22

23 DATED:    May 14, 2008            /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Michael J. Keith