# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  Michael J. Keith                          No.  08mj1460-POR

HON.  Louisa S. Porter                 Tape No.  POR08-1:15:46-15:55 = 9m

Asst. U.S. Attorney  Fred Sheppard         PTSO  N/A

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Gregory Murphy, FD | X Apt | ___ Ret | for | Keith | (1) | (C) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt for Material Witness(es) |  |  |  |  |  |

PROCEEDINGS:   ___ In Chambers   X In Court   ___ By Telephone

Status hrg Re: Removal - Held
Defendant waives ID/Rem hearing.
Waiver of ID/Rem hearing filed previously.
Defendant ordered removed to the District of Utah.
Warrant of removal issued to USM.

Date  05/13/08                                              R. F. Messig   /s/
                                                                 Deputy's Initials