**FILED**
08 MAY 16 AM 10:04
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ01460 |
| v. | ORDER OF REMOVAL (After Waiver of Hearing) |
| MICHAEL J. KEITH, | |

A Petition and Order for Warrant for Offender under Supervision having been filed in the United States District Court for the District of Utah, charging the defendant MICHAEL J. KEITH ("the defendant") with violation of supervised release in violation of Title 18, United States Code, Section 3583 and the defendant having been arrested in the Southern District of California, pursuant to the out-of-district arrest warrant related to said petition and order the defendant then posted bail and received conditions of release and waived an identity hearing pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure.

As a result of this Order, the Warrant of Removal previously issued by the Honorable Louis S. Porter is hereby rescinded.

IT IS HEREBY ORDERED that the defendant appear before United States Chief Magistrate Judge Samuel Alba, Courtroom 248, at the United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101, on May 22, 2008 at 10:00 a.m. for further proceedings.

DATED: May 15, 2008

THE HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge
United States District Court for the
Southern District of California

08MJ1460